IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

Ruben C McNabb
**Plaintiff(s)/Petitioner(s)**

VS.

State of Alabama
**Defendant(s)/Respondent(s)**

CIVIL ACTION NO. _____
(To be supplied by Clerk's Office)

FILED DEC 22 '05 AM 11:20 USDC-ALS

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES AND COSTS

I, Ruben C McNabb, a United States citizen, make this Motion to Proceed Without Prepayment of Fees and Costs pursuant to Title 28 U.S.C. §1915 in order to proceed in _forma pauperis_ in this action. I am unable to make prepayment of fees and costs or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose or avoiding payment of said fees and costs.

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** Challenging Courts jurisdiction to impose sentence etc.

II. **RESIDENCE:**
Your Address: 1000 St. Clair Rd
(Street)
Springville    Al    35146
(City)         (State)    (Zip Code)

III. **MARITAL STATUS:**
1. Single ____ Married X Separated ____ Divorced ____

2. If married, spouse's full name: Yvette McNabb

IV. **DEPENDENTS:**
1. Number: 5
2. Relationship to dependent(s): Children
3. How much money do you contribute toward your dependents' support on a monthly basis? $ X

V. **EMPLOYMENT:**
1. Name of employer: _NONE_
   a. Address of employer: _N/A_
      _____ (Street)
      _N/A_____
      (City)          (State)          (Zip Code)
   b. How long have you been employed by present employer?
      Years: _N/A_   Months: _N/A_
   c. Income: Monthly $ _N/A_  or  Weekly $ _____
   d. What is your job title? _N/A_
2. If unemployed, date of last employment: _MAY 2001_
   Amount of salary and wages received per month in last employment: $ _1100 mth_
3. Is spouse employed? _____ If so, name of employer: _____
   _unknown_
   a. Income: Monthly $ _N/A_  or  Weekly $ _N/A_
   b. What is spouse's job title? _N/A_
4. Are you and/or your spouse receiving welfare aid? _unknown_
   If so, amount: Monthly $ _____  or  Weekly $ _____

VI. **FINANCIAL STATUS**
1. Owner of real property (excluding ordinary household furnishings and clothing):
   a. Description: _NONE_
   b. Full Address: _N/A_
   c. In whose name? _N/A_
   d. Estimated value . . . . . . . . . . . . . . . . . . .$ _N/A_
   e. Total amount owed . . . . . . . . . . . . . . . . .$ _N/A_
      Owed to: _N/A_                        $ _N/A_
               _____       $ _N/A_
   f. Annual income from property . . . . . . . . . . .$ _N/A_
2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
   a.
   |                              | Asset (1) | Asset (2) |
   |------------------------------|-----------|-----------|
   | Make & Model:                | NONE      |           |
   | In whose name registered?    | N/A       |           |
   | Present Value of Asset:      | N/A       |           |
   | Amount owed:                 | N/A       |           |
   | Owed to:                     | N/A       |           |

- 2 -

b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else . . $ 69¢

c. List monies received during the last twelve (12) months, into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment. . $ N/A

Rent payments, interest or dividends . . . . . . . . . . . $ N/A

Pensions, annuities or life insurance payments . . . . . $ N/A

Gifts or inheritances . . . . . . . . . . . . . . . . . . . $ N/A

Stocks, bonds or notes . . . . . . . . . . . . . . . . . . $ N/A

Tax refunds, Veteran benefits or social security benefits $ N/A

Any other sources . . . . . . . . . . . . . . . . . . . . $ N/A

3. Obligations:

a. Monthly rental on house or apartment . . . . . . . . . . $ N/A

b. Monthly mortgage payments on house . . . . . . . . . . . $ N/A

4. Other information pertinent to your financial debts and obligations:

| (Creditor) | (Total Debt) | (Monthly payment) |
|---|---|---|
| (Creditor) | (Total Debt) | (Monthly payment) |
| (Creditor) | (Total Debt) | (Monthly payment) |

Other (Explain): _____

VII. **ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:**

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff/Petitioner

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**
A financial statement containing all transactions in your prisoner acount for the four (4) months immediately preceding the filing of the Complaint **must** accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

**CERTIFICATE**
(Prisoner Accounts Only)

I HEREBY CERTIFY that Ruben McNabb (Name of Plaintiff/Petitioner) has the sum of $ .69¢ as of 11/28/05 (date) on account to his credit at the St. Clair C.F. institution where he is confined. I FURTHER CERTIFY that the above named prisoner has the following securities to his credit according to the records of this institution:

_____
_____
_____

_____ 11/28/05
Authorized Officer of Institution

```
                      STATE OF ALABAMA
                   DEPARTMENT OF CORRECTIONS
                    ST. CLAIR CORR FACILITY


AIS #: 236182      NAME: MCNABB, RUBEN              AS OF: 11/28/2005

                     # OF        AVG DAILY        MONTHLY
           MONTH     DAYS         BALANCE         DEPOSITS
-----------------------------------------------------------------------

            NOV       2           $0.00            $0.00
            DEC      31           $6.03           $40.69
            JAN      31           $3.19           $20.00
            FEB      28         $285.99          $520.00
            MAR      31         $194.34          $110.00
            APR      30          $59.41            $0.00
            MAY      31           $5.13           $30.00
            JUN      30           $1.85           $60.00
            JUL      31           $5.79           $60.00
            AUG      31           $0.71           $10.00
            SEP      30           $2.10           $80.00
            OCT      31           $3.07           $10.00
            NOV      28           $4.52           $20.00
```



United States District Court
113 Saint Joseph St.
Mobile, AL 36602

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.