IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RUBEN C. MCNABB,                :

    Petitioner,             :

vs.                             :    CIVIL ACTION 05-0736-WS-M

RALPH HOOKS,                    :

    Respondent.             :

ORDER

Petitioner's petition and Motion to Proceed Without Prepayment of Fees are on outdated forms (Docs. 1, 2). Therefore, Petitioner's Motion to Proceed Without Prepayment of Fees (Doc. 2) is **DENIED** without prejudice. Petitioner is, therefore, **ORDERED** by **February 9, 2006**, to complete and file this Court's new form for a petition under 28 U.S.C. § 2254 and for a motion to proceed without prepayment of fees. Petitioner's new petition will supersede his original petition; therefore, Petitioner shall not rely upon his original petition. If additional pages are needed, Petitioner shall follow the format contained in the form petition when completing the additional pages. Failure to comply with this Order within the prescribed time or to advise the Court of a change in address will result in the dismissal of this action without prejudice for failure to prosecute and to obey the Court's Order.

The Clerk is **DIRECTED** to send Petitioner the form for an action under 28 U.S.C. § 2254 and for a motion to proceed without

prepayment of fees.

DONE this 10th day of January, 2006.

                                                   s/BERT W. MILLING, JR.
                                                  UNITED STATES MAGISTRATE JUDGE