# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

**Ruben C. McNabb**
Plaintiff(s)/Petitioner(s)

vs.

CIVIL ACTION NO. 05-0736-WS-M
(To be supplied by Clerk of Court)

**Ralph Hooks, Warden,**
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, **Ruben C. McNabb**, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in _forma pauperis_ in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

FILED JAN 25 2006 PM [illegible] USDCALS

I. **BRIEF STATEMENT AS TO THE NATURE OF THE ACTION:** Denied in the state courts and want to continue my rights to due process of law

II. **RESIDENCE:**
Your address: 1000 St. Clair Rd
(Street)
Springville  AL  35146
(City) (State) (Zip Code)

III. **MARITAL STATUS:**
1. Single ___ Married _X_ Separated ___ Divorced ___
2. If married, spouse's full name: Yvette McNabb

IV. **DEPENDENTS:**
1. Number: 5
2. Relationship to dependent(s): Father
3. How much money do you contribute toward your dependents' support on a monthly basis? $ 0

Revised 2/4/05

V. **EMPLOYMENT:**
   1. Name of employer: N/A
      a. Address of employer: N/A
         (Street)

         _____
         (City)          (State)         (Zip Code)
      b. How long have you been employed by present employer?
         Years: _____          Months _____
      c. Income: Monthly $_____ or Weekly $_____
      d. What is your job title? _____

   2. If unemployed, date of last employment: April 2001
      Amount of salary and wages received per month in last employment: $ 1200

   3. Is spouse employed? yes    If so, name of employer: unknown
      a. Income: Monthly $ unknown or Weekly $_____
      b. What is spouse's job title? _____

   4. Are you and/or your spouse receiving welfare aid? unknown
      If so, amount: Monthly $_____ or Weekly $_____

VI. **FINANCIAL STATUS**
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: None
      b. Full Address: _____
      c. In whose name: _____
      d. Estimated value - - - - - - - - - - - - - - - - - - - - - - - - $ N/A
      e. Total amount owed - - - - - - - - - - - - - - - - - - - - - - $ ____
         Owed to: _____          $ ____
                  _____          $ ____

      f. Annual income from property - - - - - - - - - - - - - - $ ____

   2. Other assets/property, such as automobiles, boats, motor homes, court judgments, etc. (If more than two, list information on back):
      a.                                  Asset (1)            Asset (2)
         Make & Model:                    None                 None
         In whose name registered?
         Present Value of Asset:
         Amount owed:
         Owed to:
      b. Total cash in banks, savings and loan associations, prisoner accounts,

2

      financial institutions, other repositories, or anywhere else - $ _____0_____

  c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:
Business, profession or other forms of self-employment - $ _____0_____
Rent payments, interest or dividends - - - - - - - - - - - - - - $ _____0_____
Pensions, annuities or life insurance payments - - - - - - - $ _____0_____
Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - - - - $ _____0_____
Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - - - - $ _____0_____
Tax refunds, Veteran benefits or social security benefits $ _____0_____
Any other sources - - - - - - - - - - - - - - - - - - - - - - - - - - - $ __$20-30 a /month (family)__

3. Obligations:
  a. Monthly rental on house or apartment - - - - - - - - - - - - $ _____0_____
  b. Monthly mortgage payments on house - - - - - - - - - - - - $ _____0_____

4. Other information pertinent to your financial debts and obligations:

| _N/A_ | _N/A_ | _N/A_ |
|---|---|---|
| (Creditor) | (Total debt) | (Monthly payment) |
| _N/A_ | _N/A_ | _N/A_ |
| (Creditor) | (Total debt) | (Monthly payment) |
| _N/A_ | _N/A_ | _N/A_ |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (*e.g.* food stamps, family assistance or charitable contributions.)
_provided by Alabama Corrections_
_____
_____
_____

Other (Explain): _____
_____
_____
_____

3

## VII. ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

1-23-06
DATE

_Ruben E McNabb_
SIGNATURE OF PLAINTIFF/PETITIONER

1000 St. Clair Rd
ADDRESS
Springville, Al 35146

4

VIII. **FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:**

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint <u>must</u> accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($250.00 for a civil action, $5.00 for a habeas corpus petition, or $255.00 for an appeal).

__1-20-06 A.D.__  __[signature]__
DATE                SIGNATURE OF PLAINTIFF/PETITIONER

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __7.35__ on account to his/her credit at __St. Clair C.F.__ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ __3.91__. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ __30.67__. (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

__1/20/06__  __[signature]__
DATE          SIGNATURE OF AUTHORIZED OFFICER

5

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                  ST. CLAIR CORR FACILITY


AIS #: 236182      NAME: MCNABB, RUBEN            AS OF: 01/20/2006

                # OF        AVG DAILY        MONTHLY
     MONTH      DAYS         BALANCE         DEPOSITS
------------------------------------------------------------------

     JAN         11           $0.31           $0.00
     FEB         28         $285.99         $520.00
     MAR         31         $194.34         $110.00
     APR         30          $59.41           $0.00
     MAY         31           $5.13          $30.00
     JUN         30           $1.85          $60.00
     JUL         31           $5.79          $60.00
     AUG         31           $0.71          $10.00
     SEP         30           $2.10          $80.00
     OCT         31           $3.07          $10.00
     NOV         30           $4.26          $20.00
     DEC         31           $2.12          $29.00
     JAN         20          $11.17          $35.00
```