CA# 05-0736-WS-M

April 16, 2006

To: Clerk of Court

I am writing to find out what is the current status of my case. The filing fee was paid in February, and The State has not responded to or within 30 days of payment to the motion filed. Please let me know what is going on with the filing by The State. Thank you for your time & consideration.

D.C. McNabb
236182

Re: Duben C McNabb
236182 G4A109
1000 St. Clair St.
Springville, Al 35146

Mr. Ruben McNabb
236182 G4A109
1000 St. Clair Rd
Springville, Al 35146

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication

United States District Court
Southern District of Alabama
Clerk
113 St. Joseph Street
Mobile, Al 36602

LEGAL

36602+3606-99 C005