IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RUBEN C. McNABB,  :
:
    Petitioner,  :
:
vs.  :  CIVIL ACTION 05-0736-WS-M
:
WARDEN R. HOOKS,  :
:
    Respondent.  :

ORDER

On April 19, 2006, Petitioner requested that the Court inform him of the status of this action (Doc. 8), which request is hereby **GRANTED**.

A review of this file reflects that Respondent has not filed an answer to the petition in this action. Therefore, not later than **May 10, 2006**, Respondent is **ORDERED** to file his answer, which was due some time ago, and show cause for his failure to do so previously.

DONE this 26th day of April, 2006.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE