IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN C. MCNABB, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 05-0736-WS-M |
| ) | |
| RALPH HOOKS, ) | |
| ) | |
| Respondent. ) | |

## SUBMISSION OF EXHIBIT A

Come the Respondents, by and through the Attorney General of the State of Alabama, and submit the following exhibits in support of its Answer filed February 1, 2006.

Exhibit A - Copy of trial transcript (3 volumes)

All other exhibits were electronically filed with this Court on today's date.

Done this 1st day of May, 2006.

Respectfully submitted,

Troy King
*Attorney General*
By:

James B. Prude (PRU005)
*Assistant Attorney General*

126939