IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| Ruben C. McNabb, Petitioner, Pro Se, versus Ralph Hooks, Respondent. | Civil Action No. 05-0736-WS-M |

## McNABB'S TRAVERSE TO STATE'S ANSWER

1. The State's Answer is due to be stricken because on April 26, 2006, this court ordered the state to answer McNabb's petition by May 10, 2006 and to show cause for his failure to previously have filed a timely answer to the petition. The state in part complied with the courts order. The state answered the petition before May 10, 2006 but it did not show cause for his failure to do so previously. Therefore, the state's answer to the petition is due to be stricken because the state did not fully comply with this courts order.

2. If this court does not strike the state's answer for noncompliance, the state's answer is still insufficient to preclude McNabb from relief of conviction or sentence. The state claims McNabb has not properly exhausted the claims raised in this petition P.4., and; McNabb has a valid remedy in which to raise the claims in state court P.6.

3. Specifically, the State asserts McNabb's federal claims cannot be considered exhausted because the precise claims that he raises in his federal petition were not raised in state court. P.5. The State admits McNabb has a valid remedy in which to raise the claims in state court P.6. The State admits that youthful offender adjudications are not to be considered prior convictions when a sentence is imposed under the provisions of the H.F.O.A. P.7. And admits these claims are jurisdictional. Rules 39 (K) and (D)(5)(A), A.R.A.P., allow McNabb to present to the Court of Appeals an additional or corrected statement of facts or the applicants own statement of facts. McNabb filed a Rule 39 (K) motion and Rule 40 motion for rehearing and brief and filed a petition for writ of certiorari with these documents attached in the Alabama Supreme Court. Copies of each and all were sent to the Attorney General and it can be verified the the internal legal mail log system at St. Clair Correctional Facility.

4. However, these material appellate court records have been omitted from the present record and need to be included because these records charge the Court of Criminal Appeals and the Alabama Supreme Court with knowledge that McNabb was sentenced to L.W.O.P. by the trial court using his youthful offender prior felony

convictions and again the Respondent admits this is a Jurisdictional claim but has knowingly and intentionally withheld the evidence of these material documents for the purpose of this court to find McNabb has not exhausted his claims But if it were shown that McNabb presented the facts of these claims raised in his federal petition then this court would grant McNabb relief instead of finding his claims are not exhausted and he has another state remedy because these claims of Jurisdiction would be deemed exhausted if it were proved these facts was presented before the Alabama Appellate Courts because

"It is incumbent upon Appellate Courts to consider lack of Subject Matter Jurisdiction ex mere motu." Pittman v. State, 621 So.2d 351 (Ala. Crim. App. 1992).

## Conclusion

5. Wherefore, if this court orders the Respondent to include the rest of the Records in this case. These Records will show the Alabama Appellate Courts knew McNabb was sentence as a H.F.O. to L.W.O.P. by the use of youth offender prior felony convictions. McNabb pray's this court order the State's written answer striked and order the State to produce the whole records involved in this case matter.

<u>Certificate of Service</u>

McNabb does hereby certify on <u>May 08, 2006</u> He served a copy of the forgoing upon the Attorney General by properly addressing and placing the same first class postage prepaid in the U.S. Mail.

May 08, 2006 A.D.     Respectfully Submitted,
                           Ruben C. McNabb

Ruben C. McNabb
1000 St. Clair Rd. #236182 (G4A-109)
Springville, Alabama
USA 35146-5582

Ruben C. McNabb
1000 St. Clair Rd. #236182 (G-4-A-109)
Springville, Alabama 35146-5582



This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for content of the enclosed

United States District Court
Southern District of Alabama
Clerk
113 St. Joseph Street
Mobile, Alabama 36602
USA

FOR LEGAL PURPOSES ONLY
36602+3606-99 C003