IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RUBEN C. McNABB,                :

    Petitioner,              :

v.                              :     CIVIL ACTION 05-0736-WS-M

RALPH HOOKS,                    :

    Respondent.              :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be TRANSFERRED to the U.S. District Court for the Middle District of Alabama.

DONE this 13th day of June, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE