IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

RUBEN C. McNABB, :

    Petitioner, :

v. : CIVIL ACTION 05-0736-WS-M

RALPH HOOKS, :

    Respondent. :

## JUDGMENT

It is hereby ORDERED that this action be TRANSFERRED to the U.S. District Court for the Middle District of Alabama.

DONE this 13th day of June, 2006.

                                    s/WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE