**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

June 19, 2006

# NOTICE OF CORRECTION

FROM:   Clerk's Office

Case Style:   McNabb v. Hooks et al

Case No.:   1:06cv530-MEF
             Document 10   Submission of Exhibit A

This Notice of Correction was filed in the referenced case this date to attach the pdfs to document #10.