IN THE DISTRICT COURT OF THE UNITED STATE FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN DIVISION

Ruben Corey McNabb )
Petitioner, Pro-Se, ) Civil Action No: 1:05-CV-736-MHS
V. )
Ralph Hoohs, et Al, )
Respondents. )

MCNABBS RESPONSE TO ORDER DATED JUNE 19, 2006

1. This court has ordered petitioner shall show cause why his petition should not be dismissed for failure to exhaust state Remedies.

2. McNabb has shown cause in his traverse to the state answer filed May 08, 2006 in the united states district court for the southern district of alabama southern division. McNabb still mover this court to further order the respondent to include all the records before the state appellate courts because without these records no evidence exists that show McNabb exhausted all appellate procedures and no evidence exists that show McNabb continued any claims in the appellate courts. This evidence is due to be included and not withheld by the respondents because the respondents admit McNabb exhausted his procedures through the appellate court but do not want to include this evidence because it supports McNabb exhausted these claims and refutes the states claim of lack of exhaustion.

3. Wherefore, based on the above McNabb wants this court to acknowledge his traverse and order the respondents to include all the records that support this matter.

Respectfully Submitted

_____
Ruben Corey McNabb Pro-Se
1000 St. Clair Rd. / #236182
Springville Alabama 35146-5582

CERTIFICATE OF SERVICE

On 6-26-2006, McNabb has served a copy of the forgoing upon the respondents at his proper address by placing the same in the U. S. Mail First Class Postage Prepaid.

Respectfully Submitted

*[signature]*

Mr. Ruben Corey McNabb, Pro-Se
1000 St. Clair Rd / # 236182
Springville, Alabama 35146-5582