IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBEN COREY McNABB, #236182, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06-CV-530-MEF |
| | ) | |
| RALPH HOOKS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

In his responses, the petitioner argues that he presented his claim challenging the enhancement of his sentence with alleged youthful offender convictions to the state appellate courts in "a Rule 39(k) motion and Rule 40 motion for rehearing and brief and filed a petition for writ of certiorari" thereby exhausting his state court remedies on this claim. *May 12, 2006 Traverse to State's Answer (Court Doc. No. 12)* at 2; *June 28, 2006 Response to Show Cause Order (Court Doc. No. 18)*. Accordingly, it is

ORDERED that on or before July 17, 2006 the respondents shall file a supplemental answer which (i) addresses the petitioner's claim that he properly exhausted his illegal sentence claim by presenting this claim to the state appellate courts in various motions/applications, and (ii) contains copies of all documents, briefs or motions filed by the petitioner relevant to the applications for rehearing and motions for writ of certiorari filed on direct appeal and on appeal from the denial of his Rule 32 petition.

Done this 29th day of June, 2006.

                                             /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE