IN the District Court of the United States for the Middle District of Alabama Southern Division

Ruben Corey McNabb,
Petitioner, Pro Se, #236182,

v.

Ralph Hooks, et al.,
Respondents.

Civil Action No.:
1:06-CV-530-MEF

## Motion For Evidentiary Hearing and Appointment of Counsel

1. McNabb should receive an evidentiary hearing in the Federal District Court because the State Court lacked jurisdiction of the subject matter to impose sentence of L.W.O.P. under the H.F.O.A.

2. The presumption of the State Courts findings is rebutted by the withheld records of the State Court, and the Respondent admits the claims is jurisdictional, and does not dispute McNabb's assertion. Thus, the material facts are not adequately developed but, if found to be true would entitle McNabb to relief sought. A federal finding of fact is due.

3. McNabb asks for counsel because he is indigent, and counsel is necessary to protect his rights, because he is pro se, and relying on Inmate H.N. Ferguson to assist him in this case matter.

4. McNabb makes this motion because the Respondent refuses to supplement his answer as ordered by the Court on 6-29-06.

### Certificate of Service

I certify on 7-31-06 I served a copy of the foregoing to the Attorney General at his proper address.

Respectfully Submitted,
x Ruben C. McNabb
Ruben Corey McNabb
1000 St. Clair Rd. #236182
Springville, Alabama 35146