IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RUBEN COREY McNABB, #236182, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:06-CV-530-MEF |
| | ) | |
| RALPH HOOKS, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for appoint of counsel filed by the petitioner on August 1, 2006 (Court Doc. No. 20), and as the present circumstances of this case do not warrant appointment of counsel, it is

ORDERED that this motion be and is hereby DENIED.

Done this 4th day of August, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE