IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

Ruben Corey Mcnabb,       )
    Petitioner,       )
Vs.                       )   Civil Action No: 1:06-C4-530-MEF
Ralph Hooks, et al        )
    Respondents.      )

## MOTION TO COMPEL RESPONDENTS TO COMPLY WITH THE COURTS JUNE 29th 2006 ORDER

Comes now the petitioner Ruben Corey McNabb (herein after McNabb) in the above styled case of after and request the following relief of the following grounds to writ:

### STATEMENT OF THE CASE AND FACTS

1. The petitioner has filed a petition for writ of habeas corpus contesting the unlawful conviction and sentence of the state of Alabama in Violation of the United State Constitution.

2. On the 29th day of June, 2006 this court issued an ORDER stating as follows:

"the respondents shall file a supplemental answer which (i) addresses the petitioner's claim that he properly exhausted his illegal sentence claim by presenting this claim to the state appellate courts in various motions/applications, and (ii) contains copies of all documents, briefs or motions filed by the petitioner relevant to the applications for rehearing and motions for writ of certiorari filed on direct appeal and on appeal from the denial of his Rule 32 petition.

3. The defendants have failed and are willfully refusing to comply with the court order.

## ARGUMENT

In a striking similuar case the United State court of Appeals, Eleventh Circuit granted relief due to the failure of the state of Florida refuse to Release confidential records of a Juvenile, in <u>James V. Singletary</u>, 957 F. 2d N1-4 at page 1568 (11th cir. 1992).

This court on **June 29th 2006** issued an order directing the Respondent's to file a supplement answer addressing petition's illegal sentence, which petitions claim states are youth offender prior conviction from the state of Florida.

Petitioner will be able to proceed to this court that his sentence is in violation of 8th Amendment of the United States Constitution if Respondents are compelled to comply with it's Order of July 17th, 2006.

WHEREFORE, for the above said reasons McNabb prays that this motion be Granted.

Respectfully Subitted

_/s/ Ruben C. McNabb_
Mr. Ruben Corey McNabb Petitioner
Saint Clair Correction Facility
1000 St. Clair Road / G4A-109
Springville, Alabama 35146-5582

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2006. I have served a copy of this "Motion To Compel" upon A.G. Troy King at 11 South Union Street, Alabama State House, Montgomery Alabama 36130, Via, United States Mail Postage prepaid.

                                        Respectfully Submitted

                                        */s/ Ruben C. McNabb*

Mr. Ruben Corey McNabb Petitioner
Saint Correctional Facility
1000 Saint Clair Road / G4A-109
Springville, Alabama 35146-5582