IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN COREY McNABB, #236182, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:06-CV-530-MEF |
| ) | |
| RALPH HOOKS, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon consideration of the motion to compel filed by the petitioner on December 5, 2006 (Court Doc. No. 23), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before December 21, 2006 the respondents shall file a supplemental answer in compliance with the directives of the order entered on June 29, 2006 (Court Doc. No. 19). The respondents are *cautioned* that at this stage of the proceedings no extension of time will be allowed for filing the requisite supplemental answer without a showing of truly exceptional circumstances warranting such action.

Done this 6th day of December, 2006.

/s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE