# In The Alabama Court of Criminal Appeals

CR 04-1628

Ruben McNabb
Petitioner/Appellant, Pro Se

versus

State of Alabama
Respondent/Appellee

Attorney General COPY

FILED
JUL 7 2005
CLERK
ALA COURT CRIMINAL APPEALS

Denial of Rule 32 petition by Judge White
Circuit Court of Houston County, Alabama CC-02-22560

Reply Brief and Argument of Appellant

by:

Ruben McNabb
1000 St. Clair Rd
236182 G4A110
USA 35146-5582

EXHIBIT I

## Reply

McNabb admitted he testified he had 4 or 5 prior felony convictions. R.248. But the trial court did not determine if any of these prior ~~felonies~~ felony convictions qualify for sentencing enhancement by determining (1) ~~If~~ they were juvenile (2) or nolo contendre plea's (3) or uncounseled convictions [4] when the trial court should have since no other evidence indicates otherwise. Therefore, the trial court abused it discretion because the state offered no qualified evidence to sentence McNabb as a H.F.O, and the trial court made no attempt to independently determine McNabb's admitted prior felony convictions qualified for sentencing enhancement during any stage of the trial or sentencing proceedings.

[4] or determine if the prior Florida convictions even constituted a felony under Alabama laws, etc.

## Conclusion

Because the record omits the trial court determined whether or not McNabb's prior convictions qualify for use under the H.F.O.A. This cause is due to be remanded for a new sentencing hearing for the courts to properly make this determination as a matter of due process of law.

## Certificate of Service

McNabb certifies on July 07, 05, he served two copies upon the Appellant Court Clerk for him to place a copy in the Attorney Generals box.

Respectfully Submitted, Ruben McNabb