Cormack 81033

IN THE ALABAMA COURT OF CRIMINAL APPEALS

Ruben Corey McNabb,
Petitioner/Appellant, PRO SE,

versus

State of Alabama,
Respondent/Appellee.

*ATTORNEY GENERAL*

CR-04-1628
CC-02-225.60
Houston Co., Ala.

**FILED**
AUG - 9 2005
CLERK
ALA COURT CRIMINAL APPEALS

Rule 39(K) Proposed Additional Facts and Rule 40, A.R.A.P., Application For Rehearing

1. McNabb is due a Rehearing because the proposed additional facts clearly show the prior felony convictions McNabb admitted to having were all youthful offender convictions except one CR-97-3658 it is McNabb's only adult conviction.

2. McNabb was sentenced as a youthful offender in accordance with section 958.04, Florida statutes for CR-94-5433, CR-0-94 1387 and CR-92-11635 got throwed out. Therefore, McNabb cannot get L.W.O.P. for having only one prior adult felony conviction. See attachments.

Certificate of Service

On August 09, 2005, McNabb served two copies upon the Appellate Clerk for him to place a copy into the Attorney General's mailbox.

Respectfully Submitted,
Reuben McNabb

Reuben Corey McNabb
1000 St. Clair Rd. #23682 (64A-110)
Springville, Alabama USA
35146-5582

EXHIBIT J

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

STATE OF ALABAMA,              *

    PLAINTIFF,              *

VS.                            *     CASE NO. CC 2002 0002255

RUBEN COREY MCNABB,            *

    DEFENDANT.              *

### NOTICE TO DEFENDANT OF PREVIOUS CONVICTIONS AND NOTICE OF INTENT TO USE SUCH CONVICTIONS FOR IMPEACHMENT PURPOSES

You are hereby notified that the District Attorney's Office has evidence of the following convictions, which, in the event of your conviction in the above case, will be presented to the court for consideration under the Alabama Habitual Offender Statute, Sec. 13A-5-9, Code of Alabama, 1975. Furthermore, it is the State's intent to use such convictions for impeachment purposes should the defendant testify at trial, Rules 609 (a), (b), (c) of the Alabama Rules of Evidence.

| Date | Case No. | Charge | Disposition | Jurisdiction |
|---|---|---|---|---|
| 3/28/1995 | CR 94 5433 | Possession of Cocaine with Intent to Sell | 14 months | Orange Co, FL |
| 7/3/1997 | CR 0-97-3658 | Possession of Cocaine with Intent to Sell | 20 months | Orange Co, FL |
| 8/4/93 | CR 92-11635 | Carrying Concealed Firearm | 30 months | Orange Co, FL |
| 7/3/1997 | CR-0-97-13987 | Possession of Cocaine with Intent to Sell | 20 months | Orange Co, FL |

(handwritten annotations: "YO", "ADULT GOOD", "Y.O. Throwed out", "Y.O.", "4")

You will be properly notified in the event the District Attorney receives evidence of any other or additional convictions.

This the 17th day of November, 2004.

                                        _Douglas Albert Valeska_
                                      DOUGLAS ALBERT VALESKA
                                      DISTRICT ATTORNEY

#### CERTIFICATE OF SERVICE

I certify that I have served a copy of this motion on the Honorable Hamp Baxley, Attorney for the Defendant by placing a copy in his box at the Houston County Courthouse on March 17, 2004.

                                     _Douglas Albert Valeska_
                                     DOUGLAS ALBERT VALESKA

RECEIVED

RAMSEY,      McDOUGLE

IN THE CIRCUIT COURT OF THE NINETH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA.

CASE NO.    94-5433

JUDGE:     Michael F. Cycmanick

STATE OF FLORIDA,
vs
MCNABB, Ruben   370109   A131
Defendant

ORDER OF MODIFICATION OF SENTENCE
PLACING DEFENDANT ON PROBATION

THIS cause has come before the Court upon recommendation of the Florida Department of Corrections and the Court having been otherwise duly informed, it is hereby ORDERED AND ADJUDGED:

The previous Order of Commitment of March 28, 1995, for the offense of ct 1 Possession of cocaine with intent to sell as follows:

Defendant's sentence is hereby modified pursuant to Section 958.04(04), Florida Statutes and the Defendant is hereby released from the custody of the Department of Corrections and is placed on probation for a period of _____36 months_____ to commence immediately upon release from custody.

It is further Ordered that you shall comply with the following conditions of probation:

(1) No later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose unless otherwise advised.

(2) You will pay to the State of Florida the amount of _____25.00_____ per month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4) You will not possess, carry or own firearms. you will neither possess, carry or own any other weapons without first securing the consent of your Probation Officer.

(5) You will live without violating any law. A conviction in a Court of Law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(7) You will work diligently at a suitable occupation, advise your employer of your probationary status, and support your dependents to the best of your ability, as directed by your Probation Officer.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he or she may give you.

(9) You will submit to urinalysis, breathlyzer or blood tests at anytime requested by your Probation Officer, or the professional staff of any treatment center where you are receiving treatment to determine possible use of alcohol, drugs or controlled substances. You shall be required to pay for such tests unless otherwise waived by your Probation Officer.

(10) Make restitution in the amount of _____ to _____ at the rate of at least _____ per month.

(11) Special conditions:

_____

_____

_____

_____

You are hereby placed on notice that the Court may at any time rescind of modify any of the conditions of your probation, or may extend the period of probation as by law, or may discharge you from further supervision, and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

If is further Ordered that the Clerk of this Court file this Order in his office, and provide certified copies of same to the Probation Officer for use in compliance with the requirements of law.

Charges/costs/fees/restitutions/all payments ordered by the court must be in money order only, payable to: Department of Corrections; surcharge of 4% will be added to all payments ordered by the court.

DONE AND ORDERED, this 6th day of November, 19 95.

_____
Judge

---

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: _____        _____
                                     Probationer

Instructed by: _____

DC4-608 (4/89)

IN THE CIRCUIT COURT OF THE NINETH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA.

CASE NO.   92-11635

JUDGE:   Michael F. Cycmanick

STATE OF FLORIDA,
vs
MCNABB, Ruben   370109   A131
Defendant

ORDER OF MODIFICATION OF SENTENCE
PLACING DEFENDANT ON PROBATION

THIS cause has come before the Court upon recommendation of the Florida Department of Corrections and the Court having been otherwise duly informed, it is hereby ORDERED AND ADJUDGED:

The previous Order of Commitment of March 28, 1995, for the offense of ct 1 Carrying a concealed firearm as follows:

Defendant's sentence is hereby modified pursuant to Section 958.04(04), Florida Statutes and the Defendant is hereby released from the custody of the Department of Corrections and is placed on probation for a period of _____36 mnths_____ to commence immediately upon release from custody.

It is further Ordered that you shall comply with the following conditions of probation:

(1) No later than the fifth day of each month, you will make a full and truthful report to your Probation Officer on the form provided for that purpose unless otherwise advised.

(2) You will pay to the State of Florida the amount of $25.00 per month toward the cost of your supervision unless otherwise waived in compliance with Florida Statutes.

(3) You will not change your residence or employment or leave the county of your residence without first procuring the consent of your Probation Officer.

(4) You will not possess, carry or own firearms. you will neither possess, carry or own any other weapons without first securing the consent of your Probation Officer.

(5) You will live without violating any law. A conviction in a Court of Law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6) You will not use intoxicants to excess; nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed or used.

(7) You will work diligently at a suitable occupation, advise your employer of your probationary status, and support your dependents to the best of your ability, as directed by your Probation Officer.

(8) You will promptly and truthfully answer all inquiries directed to you by the Court or the Probation Officer, and allow the Officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions he or she may give you.

(9) You will submit to urinalysis, breathlyzer or blood tests at anytime requested by your Probation Officer, or the professional staff of any treatment center where you are receiving treatment to determine possible use of alcohol, drugs or controlled substances. You shall be required to pay for such tests unless otherwise waived by your Probation Officer.

(10) Make restitution in the amount of _____ to _____ at the rate of at least _____ per month.

(11) Special conditions:

_____

_____

_____

_____

You are hereby placed on notice that the Court may at any time rescind of modify any of the conditions of your probation, or may extend the period of probation as by law, or may discharge you from further supervision, and that if you violate any of the conditions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

If is further Ordered that the Clerk of this Court file this Order in his office, and provide certified copies of same to the Probation Officer for use in compliance with the requirements of law.

Charges/costs/fees/restitutions/all payments ordered by the court must be in money order only, payable to: Department of Corrections; surcharge of 4% will be added to all payments ordered by the court.

DONE AND ORDERED, this 6th day of November, 1985.

_____
Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me.

Date: _____        _____
                                     Probationer

Instructed by: _____

DC4-608 (4/89)

IN THE CIRCUIT COURT OF THE NINETH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA.

CASE NO. 93-2899; 94-5433; 94-13987; 92-11635
JUDGE: Michael F. Cycmanick

STATE OF FLORIDA
vs
MCNABB, Ruben  370109  A131
    Defendant

## DEFENDANT'S WAIVER OF RIGHTS TO MODIFY SENTENCE AND PLACE DEFENDANT ON PROBATION

Defendant, MCNABB, Ruben  370109 A131, moves this Court to modify its sentence in the above styled case.

1. On March 28, 1995, defendant was sentenced to 3 years 2 months by the Honorable Michael F. Cycmanick, Circuit Judge.

2. The defendant has successfully participated in the Department of Corrections Boot Camp Program pursuant to Section 958.04(4), Florida Statutes.

3. Defendant has been fully advised to his satisfaction of the nature and consequences of his actions in making this motion. Defendant is aware that by making this motion he is waiving his constitutional rights:

   a. to a fair, impartial and public hearing before a Judge on this modification.

   b. to contest or appeal any order entered by this Court granting the Modification of Sentence.

   c. to have the effective assistance of legal counsel for his defense at any hearing on this modification.

   d. to have compulsory process, to subpoena witnesses to testify for him.

   e. to confront all witnesses against him.

Wherefore, defendant prays this Court will modify defendant's sentence by placing the defendant on a specified period of probation, a condition thereof to be the payment of any restitution previously assessed in the case as a lien, if any.

_____
Defendant

State of Florida
County of Sumter

The foregoing instrument was acknowledge before me this 11th day of October, 1995 by MCNABB, Ruben  370109  A131 who produced inmate identification as identification and who did take an oath that it is true and correct to the best of his knowledge and belief.

_____
Sharon L. Mosley
Notary Public, State of Florida

Explained by: Sharon Mosley,
Correctional Probation Officer II
DC4-606 (4/92)