# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA



**Lane W. Mann**
  Clerk
Sonja McKnight
  Assistant Clerk

P. O. Box 301555
Montgomery, AL 36130-1555
(334) 242-4590
Fax (334) 242-4689

August 19, 2005

CR-04-1628

Ruben Corey McNabb v. State of Alabama  (Appeal from Houston Circuit Court: CC02-225.60)

### NOTICE

You are hereby notified that on August 19, 2005 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

**Lane W. Mann, Clerk**
**Court of Criminal Appeals**

cc: Hon. Judy Byrd, Circuit Clerk
   Ruben Corey McNabb, Pro Se
   Bettie J. Carmack, Asst. Atty. Gen.



EXHIBIT K