Carmack
81033

# IN THE ALABAMA SUPREME COURT

S.C. NO.:

Ruben Corey McNabb,
Petitioner/Appellant, PRO SE,

versus

STATE OF ALABAMA,
Respondent/Appellee.

[EXHIBIT L]

[Attorney General's Copy]

## PETITION FOR WRIT OF CERTIORARI

Comes your petitioner McNabb and petitions this Court for a writ of certiorari to issue to the Court of Criminal Appeals in the above styled cause under Rule 39, A.R.A.P., and shows the following:

1. Petitioner suffered a judgment in the Circuit Court of Houston County, Alabama, on April 05, 2005. The Court of Criminal Appeals affirmed the judgment on August 05, 2005. An application for rehearing was filed on August 09, 2005 and overruled on August 19, 2005.

2. A copy of the opinion of the Appellate Court is attached to this petition which shows the Court of Criminal Appeals case no. to be CR-04-1628 and a copy of McNabb's Rule 39 (K) and 40 motions is attached hereto.

3. Petitioner alleges as grounds for the issuance of the writ the following:

The basis of this petition for the writ is that a material question requiring decision was one of first impression in the Appellate Courts of Alabama and was incorrectly decided. The issue is whether the Appellate Court erred in holding that

"McNabb's various claims regarding the legality of his sentence or of the Court's authority to impose that sentence are without merit."

The Appellate Court is wrong because all but one of McNabb's priors is juvenile. See Rule 39(K) and 40 motions attached.

## Conclusion

Petitioner respectfully requests that after a preliminary

EXAMINATION, the writ of certiorari be granted and that this court proceed under its Rules to Review the matters complained of, and to Reverse the Judgment of the Court of Criminal Appeals, and for such other Relief as petitioner may be entitled.

## Certificate of service

On August 29, 2004, McNabb does hereby certify that he has served a copy of the forgoing upon the Attorney General by properly addressing and placing a copy of the same first class postage prepaid in the U.S. Mail.

Respectfully submitted,

X *Ruben C McNabb*

Reuben Corey McNabb
1000 St. Clair Rd. #236182 (G-N-A-110)
Springville, Alabama USA
35146-5582