# IN THE SUPREME COURT OF ALABAMA



November 10, 2005

**1041821**

Ex parte Ruben Corey McNabb. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Ruben Corey McNabb v. State of Alabama)   (Houston Circuit Court: CC02-225.60; Criminal Appeals : CR-04-1628).

### CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.

NABERS, C.J. -  See, Harwood, Stuart, and Bolin, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this _10th_ day of _November, 2005_

Clerk, Supreme Court of Alabama



EXHIBIT M

/bb