IN THE District Court of the United States
For the Middle District of Alabama Southern Division

Ruben Corey McNabb
Petitioner, Pro Se,

versus

Ralph Hooks
Respondents.

Civil Action No.:
1:06-CV-530-MEF

## McNabbs Objections to Magistrates findings

1. McNabb objects that his claim has not been exhausted in State Court. Rule 2(b), A.R.Cr.P., Allows the Appellate Court to order proceedings in accordance with its direction. McNabb showed good cause when he showed his claim was Jurisdictional in his Rehearing and Certiorari. The State Courts was made aware and could have done something since a Jurisdictional issue can be raised at any time. If this claim is Jurisdictional then McNabb is Right, if this claim is not then the claim has not been exhausted. Wherefore McNabb is due Habeas Corpus Relief.

### Certificate of Service

On 1-22-07 McNabb has duly served a copy of the forgoing upon the Attorney General at his proper address by first class postage prepaid in the U.S. Mail.

Respectfully submitted,
Ruben Corey McNabb

Ruben Corey McNabb
1000 St. Clair Rd. #236182
Springville, Alabama
35146-5582 USA

FREE MAIL

Ruben Corey McNabb 236182 (BHA-108)
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711