IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| RUBEN COREY McNABB, #236182, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:06-cv-0530-MEF |
| ) | WO |
| RALPH HOOKS, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #29) to the Recommendation of the Magistrate Judge (Doc. #28) filed on January 24, 2007 is overruled;

2. The Recommendation of the Magistrate Judge entered on January 11, 2007 is adopted;

3. The petition for habeas corpus relief is DENIED and the petition is DISMISSED without prejudice to afford the petitioner an opportunity to exhaust all state court remedies available to him.

DONE this the 26th day of January, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE